# United States District Court for the Northern District of Illinois

Case Number: 08cv4966    Assigned/Issued By: DAJ

Judge Name: MANNING    Designated Magistrate Judge: KEYS

## FEE INFORMATION

*Amount Due:* [✓] $350.00    [ ] $39.00    [ ] $5.00
[ ] IFP    [ ] No Fee    [ ] Other _____
[ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 3067934

Date Payment Rec'd: 09/02/08    Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons    [ ] Alias Summons
[ ] Third Party Summons    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
    _____
    (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
    (Type of Writ)

_1_ Original and _0_ copies on _09/02/08_ as to _DEF._ _____
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05